<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6428**

———————

UNITED STATES OF AMERICA,

                                        Respondent - Appellee,

        versus

REGINALD BERNARD WHITMORE,

                                        Petitioner - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia.   Dennis W. Shedd, District Judge. (CR-97-367, CA-99-2214)

———————

Submitted:  August 24, 2000         Decided:  August 30, 2000

———————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Reginald Bernard Whitmore, Appellant Pro Se.  Jane Barrett Taylor, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Bernard Whitmore seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Whitmore, Nos. CR-97-367; CA-99-2214 (D.S.C. Nov. 3 & Dec. 8, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2